```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSEPH JACKSON,<br><br>          Plaintiff,<br><br>     v.<br><br>CAMDEN COUNTY DEPARTMENT OF<br>CORRECTIONS,<br><br>          Defendant. | Civil Action<br>No. 16-6644 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Joseph Jackson, seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

    Plaintiff did not complete the application and left several pages blank. The Court will therefore deny the application without prejudice, and the matter shall be administratively terminated pending submission of the $350 filing fee and $50 administrative fee or a complete IFP application.

    An appropriate order follows.


**November 16, 2016**　　　　　　　　　**s/ Jerome B. Simandle**
Date　　　　　　　　　　　　　　　　　JEROME B. SIMANDLE
　　　　　　　　　　　　　　　　　　　Chief U.S. District Judge